# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA LOUISE PRIZANT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>　　　　　Defendant. | No. CV 13-8691-AGR<br><br>ORDER OF DISMISSAL |

　　The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

　　IT IS SO ORDERED.

DATED: May 21, 2014

　　　　　　　　　　　　　　　　　　　　／s／ Alicia G. Rosenberg
　　　　　　　　　　　　　　　　　　ALICIA G. ROSENBERG
　　　　　　　　　　　　　　　　　　United States Magistrate Judge